**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>ERIC M BLAIR<br>KANESHA T BLAIR<br>Debtor(s) | Case No. 12-41241 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/17/2012.

2) The plan was confirmed on 01/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/11/2013.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $18,071.47 |
| Less amount refunded to debtor | $1,569.43 |

**NET RECEIPTS:** $16,502.04

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,249.32 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $825.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,074.43

Attorney fees paid and disclosed by debtor:   $2,250.68

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC CONSUMER FINANCE | Unsecured | 14,000.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY | Unsecured | 1,772.60 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY | Unsecured | 99.52 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| AFFIRMATIVE INSURANCE | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 11,088.90 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INS CO | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| ALVERNO HOME MEDICAL EQUIPMI | Unsecured | 19.39 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 39.75 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 316.20 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 342.35 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 102.15 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ADVOCATES PC | Unsecured | 2,678.00 | NA | NA | 0.00 | 0.00 |
| ANIMAL MEDICAL CENTER | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 944.26 | NA | NA | 0.00 | 0.00 |
| AT&T BROADBAND | Unsecured | 125.28 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 420.00 | 420.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 495.60 | 495.60 | 0.00 | 0.00 |
| BAKO PATHOLOGY SVCS | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| BALANCED HEALTHCARE REC | Unsecured | 29.43 | NA | NA | 0.00 | 0.00 |
| BOULDER CREDIT SVCS | Unsecured | 1,766.22 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 15,937.63 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 2,454.91 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,134.66 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 896.85 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 3,141.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 728.60 | 3,787.50 | 3,787.50 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,104.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 557.64 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,041.57 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 803.20 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS RLE PR | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 638.95 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,662.20 | 2,662.20 | 2,662.20 | 0.00 | 0.00 |
| COOK COUNTY DEPT OF REVENUE | Priority | NA | 472.28 | 472.28 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 3,980.59 | 3,980.59 | 3,980.59 | 651.42 | 0.00 |
| COOK COUNTY TREASURER | Secured | 3,980.59 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 2,377.00 | NA | NA | 0.00 | 0.00 |
| EBSCO TELEMARKETING SERVICE | Unsecured | 36.97 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| FOREST SOUTH ANIMAL HOSPITAL | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 4,453.99 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 1,031.25 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ST MARGARET HEALT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION | Unsecured | 125.28 | NA | NA | 0.00 | 0.00 |
| G&J AUTO SVCS INC | Unsecured | 366.90 | NA | NA | 0.00 | 0.00 |
| G&J AUTO SVCS INC | Secured | 4,442.00 | 0.00 | 4,442.00 | 541.35 | 107.52 |
| G&J AUTO SVCS INC | Secured | 5,675.00 | 0.00 | 5,675.00 | 216.66 | 142.73 |
| GLOBAL PAYMENTS INC | Unsecured | 2,025.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS INC | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS INC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| GREAT SENECA FINANCIAL CORP | Unsecured | 1,393.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 397.10 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| HINCKLEY SPRINGS | Unsecured | 76.48 | NA | NA | 0.00 | 0.00 |
| HSBC/CARSONS | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 1,467.00 | 1,467.00 | 1,467.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 432.64 | NA | NA | 0.00 | 0.00 |
| INTERGOVERNMENTAL RISK MGMT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| INTERNATIONAL CHECK SERVICE | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| INTERNATIONAL CHECK SERVICE | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 4,040.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| JAGMIN DENTAL | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| JAGMIN DENTAL | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| JAGMIN DENTAL | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| JC PENNY | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,561.28 | 1,561.28 | 1,561.28 | 0.00 | 0.00 |
| KANURU INTERVENTIONAL S&P INS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| KIDANU BIRHANU MD SC | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| KIDANU BIRHANU MD SC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| LEASE FINANCE GROUP | Unsecured | 2,128.67 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 39.94 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 1,124.41 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LVNV FUNDING | Unsecured | 10,000.00 | 19,781.82 | 19,781.82 | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MARLIN GLOBAL | Unsecured | 3,525.00 | NA | NA | 0.00 | 0.00 |
| MARLIN GLOBAL | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| MARLIN GLOBAL | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| MARLIN GLOBAL | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| MARLIN GLOBAL | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| MATTESON POLICE DEPT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL | Unsecured | 276.82 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,156.86 | 1,156.86 | 0.00 | 0.00 |
| MIDWEST PHYSICIAN GROUP | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 478.00 | 478.00 | 478.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 0.00 | 200.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 810.00 | 810.00 | 0.00 | 0.00 |
| MUTUAL HOSPITAL SERVICES | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL HOSPITAL SERVICES | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL COLLECTIONS INC | Unsecured | 60.39 | NA | NA | 0.00 | 0.00 |
| NDC CHECK SERVICES | Unsecured | 3,525.00 | NA | NA | 0.00 | 0.00 |
| NDC CHECK SERVICES | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 3,210.70 | 3,210.70 | 3,210.70 | 0.00 | 0.00 |
| NORTHERN INDIANA REGION | Unsecured | 2,967.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT CO LLC | Unsecured | 20,866.04 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 20,847.00 | 0.00 | 0.00 | 8,340.66 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 25,197.00 | 0.00 | 25,197.00 | 4,410.31 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 84,784.41 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK/HSBC VISA | Unsecured | 1,066.65 | NA | NA | 0.00 | 0.00 |
| ORKIN PEST CONTROL | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK POLICE DEPT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 91.00 | 91.64 | 91.64 | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 9.67 | NA | NA | 0.00 | 0.00 |
| PREVENTIVE PEDIATRICS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 634.50 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 690.60 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 38.56 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 634.50 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 38.56 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT SOLUT | Unsecured | 3,278.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT ACQUISITION LLC | Unsecured | 19,781.82 | NA | NA | 0.00 | 0.00 |
| RICKOVER JR HIGH SCHOOL | Unsecured | 250.80 | NA | NA | 0.00 | 0.00 |
| SANDHYA DONEPUDI M D | Unsecured | 8.67 | NA | NA | 0.00 | 0.00 |
| SAUK VILLAGE POLICE DEPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SAUK VILLAGE POLICE DEPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SAUK VILLAGE POLICE DEPT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SISTERS OF ST FRANCIS HEALTH | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 2,118.70 | 2,118.70 | 2,118.70 | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,051.80 | 1,264.90 | 1,264.90 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 104.80 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,185.30 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 63.10 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 6,231.75 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY ANES | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY MED ASSOC | Unsecured | 97.95 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T MOBILE | Unsecured | 490.77 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 1,025.07 | NA | NA | 0.00 | 0.00 |
| TCF FINANCIAL SERVICE | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| TERMINIX | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| TINLEY PARK MRI BLDG | Unsecured | 139.80 | NA | NA | 0.00 | 0.00 |
| UIC MEDICAL CENTER | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 82.80 | NA | NA | 0.00 | 0.00 |
| UNITED TRANZACTIONS LLC | Unsecured | 759.15 | 734.15 | 734.15 | 0.00 | 0.00 |
| VICTORIA FINLEY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FORD HEIGHTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FORD HEIGHTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAUK VILLAGE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAUK VILLAGE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAUK VILLAGE | Unsecured | 133.91 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAUK VILLAGE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAUK VILLAGE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAUK VILLAGE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SAUK VILLAGE | Secured | 116.36 | 0.00 | 116.36 | 16.96 | 0.00 |
| VILLAGE OF STEGER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| WORLD DATA SYSTEMS | Unsecured | 89.90 | NA | NA | 0.00 | 0.00 |
| ZALE CBUSA | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $8,340.66 | $0.00 |
| Mortgage Arrearage | $25,197.00 | $4,410.31 | $0.00 |
| Debt Secured by Vehicle | $10,117.00 | $758.01 | $250.25 |
| All Other Secured | $4,096.95 | $668.38 | $0.00 |
| **TOTAL SECURED:** | **$39,410.95** | **$14,177.36** | **$250.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $472.28 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$472.28** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,740.35** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,074.43 |
| Disbursements to Creditors | $14,427.61 |
| **TOTAL DISBURSEMENTS** : | **$16,502.04** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/30/2013        By: /s/ Tom Vaughn
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**